MOSS v. BURNHAM. (Supreme Court, Appellate Division, First Department. May 18, 1900.) Action by Moton D. Moss against Frederick A. Burnham. No opinion. Motion denied, with $10 costs.

MT. MORRIS CO–OP. BUILDING & LOAN ASS'N, Appellant, v. GOLDSCHMIDT et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 8, 1900.) Action by the Mt. Morris Co-operative Building & Loan Association against Emanuel Goldschmidt and others, impleaded with John Heany and others. No opinion. Judgment, so far as appealed from, affirmed, without costs.